UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVED
DEC 16 2010
AT 8:30_____
WILLIAM T. WALSH M
CLERK

| UNITED STATES OF AMERICA | : | Hon. |
| --- | --- | --- |
| v. | : | Mag. No. 10- 867 (FLW) |
| JASMINE BATTS | : | **SEALING ORDER** |

This matter having come before the Court upon the application of the United States of America (Jacques S. Pierre, Assistant U.S. Attorney, appearing), for an arrest warrant, and its concurrent application that the Indictment filed against the person named in the warrant be filed under seal, and good cause having been shown,

IT IS, on this __16__ day of December, 2010,

ORDERED that, except for such copies of the arrest warrant as are necessary to accomplish their purpose, the Indictment and all other documents filed in this matter be and hereby are SEALED until the arrest warrant is executed or until further order of the Court.

_____
HONORABLE
UNITED STATES MAGISTRATE JUDGE